No. 55735.—Taiyo Trading Co., Inc. *v.* United States, protest 478266–G/79178 (Chicago).

Opinion by JOHNSON, J.  From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.  The protest was therefore overruled.

No. 55736.—William D. McGill *v.* United States, protests 136041–K, etc. (Philadelphia).

Opinion by JOHNSON, J.  From an examination of the papers in each case the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protests were therefore overruled.

No. 55737.—Air Express International, Inc. *v.* United States, protest 150038–K (Los Angeles).

Opinion by JOHNSON, J.  From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

No. 55738.—E. A. Shaw & Co., Inc. *v.* United States, protests 164511–K, etc. (Charleston, S. C.).

Opinion by JOHNSON, J.  From an examination of the papers in each case the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protests were therefore overruled.

No. 55739.—H. R. Lockwood *v.* United States, protests 149129–K, etc. (Laredo).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

JUNE 26, 1951

No. 55740.—James H. Rhodes & Co. *v.* United States, protest 152862–K.—

Motion of Government for rehearing denied.